IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CLISTOPHER L. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:20-CV-88-WKW |
| WALTER MYERS, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On February 28, 2022, the Magistrate Judge filed a Recommendation (Doc. # 45) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 45) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 21st day of March, 2022.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE